UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEPHON DOWNER, | |
| Petitioner, | Civil Action No. 11-6414 (RMB) |
| v. | **O R D E R** |
| CHARLES WARREN et al., | |
| Respondents. | |

For the reasons expressed in the Opinion filed herewith,

IT IS on this **13th** day of **May 2013**,

**ORDERED** that the Clerk shall reopen this matter for the Court's final disposition, by making a new and separate entry on the docket reading, "CIVIL CASE REOPENED"; and it is further

**ORDERED** that the Petition, Docket Entry No. 1, is denied; and it is further

**ORDERED** that no certificate of appealability shall issue; and it is further

**ORDERED** that the Clerk shall serve this Order and the Opinion filed herewith upon Petitioner by regular U.S. mail and upon Respondents by means of electronic delivery; and it is finally

**ORDERED** that the Clerk shall close the file on this matter.

s/Renée Marie Bumb
**RENÉE MARIE BUMB,**
**United States District Judge**